# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMON MICHAEL DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) NO. 10-cv-112-JPG-PMF |
| ROGER MULCH, JEFFERSON COUNTY, DETENTION CENTER, JEFFREY CLARK, JEREMY MILLER and LYNN MEREDITH, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs

          NANCY J. ROSENSTENGEL, Clerk of Court
          **s/ Jina Hoyt, Deputy Clerk**

**Dated: February 4, 2013**


**Approved:**  s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**